UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan U. and L.E., | Case No. 26-cv-642 (ECT/DLM) |
| Petitioners, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement, Daren K. Margolin, *Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; and, David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

Petitioners Juan U. and L.E., father and daughter, together have filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.  Respondents are directed to file an answer to the Petition by no later than **January 27, 2026**, certifying the true cause and proper duration of Petitioners' confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of each Petitioners' detention in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on each Petitioners' claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

   e. Whether the absence of a warrant preceding Petitioners' arrests necessitates Petitioners' immediate release.

3. If Petitioners intend to file a reply to Respondents' answers, they must do so by no later than **January 29, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are hereby **ENJOINED** from moving Petitioners from the District of Minnesota during the pendency of this Petition.

Dated: January 26, 2026               s/ Eric C. Tostrud
                                      Eric C. Tostrud
                                      United States District Court