# UNITED STATES DISTRICT COURT

## District of Minnesota

Juan Carlos Tipanquiza Umatambo, Lesly Anahy Tipanquiza Escobar,

Petitioners,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-642 ECT/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **DECLARES** that Petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and are instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. Respondents shall return Petitioners to Minnesota together as soon as practicable, but not later than 72 hours after entry of this Order. Respondents shall then release Petitioners from custody together, subject to their existing Orders of Release on Recognizance.

Date: 1/30/2026

KATE M. FOGARTY, CLERK